# EXHIBIT C

| U.S. PATENT NO. 7,480,637 | INFRINGING APPARATUS |
|---|---|
| 1. A biometric customer authentication apparatus for improving online transaction security and for assuring the identity of a customer, comprising: | Foot Locker uses and/or encourages its customers to use a biometric customer authentication apparatus for improving online and in-app transaction security and for assuring the identity of a customer.<br><br>For example, Foot Locker instructs its customers to pay for a sale by using Google Pay on an Android device using its Foot Locker, Kids Foot Locker, Champs Sports, and Footaction apps. *See, e.g.*, https://developers.google.com/pay/api/web/guides/brand-guidelines. |

| | | |
|---|---|---|
| | Foot Locker app. |  |


Kids Foot Locker app.

3



Champs Sports app.

4



Footaction app.

| | |
|---|---|
| an electronic enclosure including a fingerprint sensor disposed thereupon and further including an external communications interface; | The above-referenced biometric customer authentication apparatus includes an electronic enclosure including a fingerprint sensor disposed thereupon and further including an external communications interface.<br><br>Fingerprint ID is an electronic fingerprint recognition feature included on many Android devices that allows users to unlock Android devices, make purchases in the various Google digital media stores, and authenticate Google Pay online or in apps.<br><br>"Your payment information is encrypted and stored on secure servers. Virtual Account Number is a type of temporary alias for your actual account number. A virtual account number is created when you add a card using the Google Pay app or your banking app." https://support.google.com/pay/search?q=is+google+pay+secure<br><br>"Biometric security, which Google introduced with Android 10, is now coming to Google Pay. As of version 2.100 of the app, it is possible to use either facial or fingerprint recognition to authentic transactions in the app." https://www.techradar.com/uk/news/now-you-can-authenticate-google-pay-transactions-with-your-fingerprint-or-face |
| at least one processor comprised within said enclosure and coupled to said fingerprint sensor; | The above-referenced biometric customer authentication apparatus includes at least one processor comprised within said enclosure and coupled to said fingerprint sensor.<br><br>"Biometric security, which Google introduced with Android 10, is now coming to Google Pay. As of version 2.100 of the app, it is possible to use either facial or fingerprint recognition to authentic transactions in the app.<br>Previously, the only authentication option was PIN entry, but as Android Police reports, now a fingerprint or a face scan does the job quickly and easily – and more securely. PINs and passwords may be a fairly traditional means of secure accounts and confirming activity, but they are also guessable and crackable. Fingerprint and facial recognition are rather more secure, and decidedly more user-friendly."<br><br>https://www.techradar.com/uk/news/now-you-can-authenticate-google-pay-transactions-with-your-fingerprint-or-face |

| | |
|---|---|
| transaction security software resident within and executing on said at least one processor further comprising biometric fingerprint authentication software for authenticating authorized customers and also comprising cryptographic transaction authentication software for authenticating transactions; | The above-referenced biometric customer authentication apparatus includes transaction security software resident within and executing on said at least one processor further comprising biometric fingerprint authentication software for authenticating authorized customers and also comprising cryptographic transaction authentication software for authenticating transactions.<br><br>"Biometric security, which Google introduced with Android 10, is now coming to Google Pay. As of version 2.100 of the app, it is possible to use either facial or fingerprint recognition to authentic transactions in the app." https://www.techradar.com/uk/news/now-you-can-authenticate-google-pay-transactions-with-your-fingerprint-or-face<br><br>"Require a password or authentication for purchases: You can help prevent accidental purchases on your device from apps and games available outside of the Family section by turning on  authentication (apps and games in the Family section automatically request authentication  before buying)" https://support.google.com/googleplay/answer/1626831?hl=en<br><br>"Change authentication settings on your mobile device: Open the Google Play Store app; Tap Menu > Settings; Tap Require authentication for purchases; Choose a setting. Follow the on-screen instructions." https://support.google.com/googleplay/answer/1626831?hl=en<br>"Google has revealed that Android owners will be enabled to use face and fingerprint recognition to authorise payments in the Chrome web browser. According to Mobile ID World, the announcement comes after Google introduced a similar functionality for devices that  support the Windows Hello platform. To benefit from the new feature, users will first need to  select 'Screen Lock' as a payment confirmation method in the Chrome settings on their  Android device. Afterwards they will be asked to register their device and link their credit card  information to their biometric template. They also must enter their CVC number the first time  they use a credit card. However, after the first use, the user will be allowed to complete all future transactions with only a biometric scan." https://thepaypers.com/digital-identity-security-online-fraud/google-to-launch-biometric-security-feature-to-chrome-payments-on-android--1243846 |

"A couple of months ago, users discovered that Google Chrome for desktop supported "Windows Hello" for payment authentication. That means people could use their fingerprint or face to authorize payments on a Windows PC. Not many people have computers with fingerprint or face unlock yet, but most of us have those biometric security methods available on our phones. Now, we're learning that Google Chrome may soon bring this feature to Android as well. A new Chrome flag titled "Allow using platform authenticators to retrieve server cards" has appeared in recent builds of the mobile browser. When enabled, the flag will allow people to "use a platform authenticator" when verifying cards from Google Pay. Essentially, you'll use our fingerprint/face to verify a card rather than typing in the CVC number. The flag description says it is available for Mac, Windows, Linux, Chrome OS, and Android." https://www.xda-developers.com/google-chrome-supports-windows-hello-payment-authentication/

"Google Pay transactions can now be authenticated via a second fingerprint or facial recognition scan, instead of a biometric and PIN format. The latest update is a result of Google adding the Biometrics API to the Android 10 framework, thereby allowing Google's popular payments app, which so far allows you to pay or transfer money to peers through its interface, to authenticate these transactions through either a fingerprint scan, or a facial scan. So far, transactions on Google Pay could only be authenticated through an old school PIN, or even a pattern." https://www.news18.com/news/tech/your-google-pay-transactions-can-now-be-authenticated-with-your-fingerprint-or-face-2366353.html

"**2.7.2 EMV Payments Tokenization** Tokenization replaces the primary account number (PAN) with a placeholder or surrogate value (the payment token).13 The payment networks have implemented tokenization to address the issue of theft and the fraudulent use of PANs. Tokens are replacing PANs in payments made by mobile phone (Apple Pay, Google Pay, Samsung Pay) and other devices to enhance security." https://www.securetechalliance.org/wp-content/uploads/Contactless-Pmts-Recommendations-WP-Final-Jan-2018-1.pdf

"In EMV-mode transactions, Google Pay supports the use of the Consumer Device Cardholder Verification Method (CDCVM) using biometrics, pattern, or the phone's or watch's passcode. The use of CDCVM allows for the device itself to provide verification for the transaction and

8

| | |
|---|---|
| | may not require the cardholder to sign a receipt or enter their PIN. Additionally, in certain markets which have a 'no verification contactless limit' using contactless cards (such as the £45 limit in the United Kingdom and the C$100 limit in Canada), the use of CDCVM can enable merchants to accept transactions higher than these amounts using Google Pay, providing their terminal software is updated to support the latest network contactless."<br>https://www.adhost.in/blog/google-pay-information-about |
| at least one of a memory and a communications buffer coupled to said at least one processor and further coupled to said external communications interface; and | The above-referenced biometric customer authentication apparatus includes at least one of a memory and a communications buffer coupled to said at least one processor and further coupled to said external communications interface.<br><br>"Is Google Pay secure? Google Pay protects your payment info with multiple layers of security, using one of the world's most advanced security infrastructures to help keep your account safe. Everything we make is protected with powerful built-in security technologies that help detect and block threats like spam, malware, and viruses from ever reaching you.<br><br>When you add a card - The Google Pay app doesn't store the physical number on your card, instead assigning it a unique virtual account number. To make most payments, you'll need to unlock your phone. This is an extra layer of security in case your phone is stolen. Google services are continuously protected by one of the world's most advanced security infrastructures. This built-in security detects and prevents online threats, so you can be confident your personal information is secure." https://support.google.com/pay/answer/9231019<br><br>"The Google Pay API enables fast, simple checkout within your app, and gives you convenient access to hundreds of millions of cards saved to Google Accounts worldwide. When a user taps the Google Pay payment button, they see a payment sheet that displays the payment methods saved to their Google Account, as well as optional fields such as a shipping address field. Users can quickly select a payment method, add an optional shipping address, or add new information. The payment flow is as follows: |

|  | 1. The user taps the Google Pay payment button and sees a payment sheet with a list of supported payment methods.<br>2. The user selects a payment method and Google Pay securely returns a payment token for that method to your app.<br>3. Your app submits the payment token, along with details about the purchase, to its backend.<br>4. To execute the payment, the backend processes the purchase and sends the payment token to the payment service provider." https://developers.google.com/pay/api/android/overview |
|---|---|

| | |
|---|---|
| a communications subsystem coupled into said external communications interface for relaying data messages between at least one external system and said apparatus. | The above-referenced biometric customer authentication apparatus includes a communications subsystem coupled into said external communications interface for relaying data messages between at least one external system and said apparatus.<br><br>"Google Pay lets your customers pay with the press of a button — using payment methods saved to their Google Account. Simple checkout – Millions of users with hundreds of millions of saved cards can pay with the press of a button. Increased security – Customer payment data is end-to-end encrypted from Google's servers to your payment processor."<br>https://developers.google.com/pay/api |